UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLEM AARTSEN and KATHLEEN AARTSEN, husband and wife, and JOHN H. SIMPSON, an individual,<br><br>                      Plaintiffs,<br><br>v.<br><br>THE HARTFORD INSURANCE COMPANY, a Connecticut Corporation,<br><br>                      Defendant. | CASE NO: 2:21-CV-0329-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 10). The parties agree that all claims that were or could have been brought in this case have been settled and should be dismissed, with prejudice and without attorney fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims that were or could have been brought in this case are **DISMISSED** with prejudice and without attorney fees or costs to any party.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal with Prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED February 25, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2