# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WILLEM AARTSEN and KATHLEEN AARTSEN, et. al *Plaintiff* v. THE HARTFORD INSURANCE, *Defendant* | ) ) ) ) ) Civil Action No. 2:21-CV-0329-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims that were or could have been brought in this case are DISMISSED with prejudice and without attorney fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE
on the parties' Stipulated Motion for Dismissal (ECF No. 10).

Date: February 25, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry